# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

CIVIL NO. 1:05CV264

| | |
|---|---|
| JULIA STOCKTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> PATHWAYS AREA MH/DD/AA ) <br> AUTHORITY, a Local Management ) <br> Entity; and GASTON-LINCOLN- ) <br> CLEVELAND AREA MENTAL ) <br> HEALTH/DEVELOPMENTAL ) <br> DISABILITIES/SUBSTANCE ABUSE ) <br> AUTHORITY, d/b/a PATHWAYS, ) <br> ) <br> Defendants. ) <br> ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendants' motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: July 19, 2006

Lacy H. Thornburg
United States District Judge